## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
## SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **United States District Court** | District | Eastern District of Tennessee (Knoxville) |
|---|---|---|

| Name *(under which you were convicted):* | Docket or Case No.: |
|---|---|
| Deijuan Maurice Porter | 3:19-cr-00150-TAV-DCP-2 |

| Place of Confinement: | Prisoner No.: |
|---|---|
| FMC Lexington | 54483-074 |

| UNITED STATES OF AMERICA | Movant *(include name under which convicted)* |
|---|---|
| v. | DEJUAN MAURICE PORTER |

FILED

### MOTION

AUG 2 4 2022

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

1.  (a) Name and location of court which entered the judgment of conviction you are challenging:

    United States District Court
    Eastern District of Tennessee
    Knoxville Division

    (b) Criminal docket or case number (if you know):  3:19-cr-00150-TAV-DCP-2

2.  (a) Date of the judgment of conviction (if you know):  8/20/2021

    (b) Date of sentencing:  8/19/2021

3.  Length of sentence:  130 months

4.  Nature of crime (all counts):

    Ct 1s: Conspiracy to Distribute 5 Kilogram or More of Cocaine, in violation of 21 U.S.C. § 846, 841(a)(1) and (b)(1)(A);
    Ct 2s: Conspiracy to Distribute Cocaine Base, in violation of 21 U.S.C. § 846, 841(a)(a and (b)(1)(A);
    Ct 4s: Money Laundering, in violation of 18 U.S.C. § 1956(a)(1)(A)(i), (a)(1)(B)(i), and 2; and
    Ct 6s: Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation if 18 U.S.C. § 924(c). Id.

5.  (a) What was your plea?  (Check one)
    (1) Not guilty ☐        (2) Guilty ☑        (3) Nolo contendere (no contest) ☐

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or
    what did you plead guilty to and what did you plead not guilty to?

    Guilty as to Counts 1s, 4s and 6s of the First Superseding Indictment.

6.  If you went to trial, what kind of trial did you have?  (Check one)    Jury ☐    Judge only ☑

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☑

8.  Did you appeal from the judgment of conviction?    Yes ☐    No ☑

9.   If you did appeal, answer the following:

(a)  Name of court: _____

(b)  Docket or case number (if you know): _____

(c)  Result: _____

(d)  Date of result (if you know): _____

(e)  Citation to the case (if you know): _____

(f)  Grounds raised:

_____

(g)  Did you file a petition for certiorari in the United States Supreme Court?     Yes ☐     No ☐

If "Yes," answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

(5) Grounds raised:

_____

10.  Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
Yes ☐     No ☐

11.  If your answer to Question 10 was "Yes," give the following information:

(a)  (1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4)  Nature of the proceeding: _____

(5)  Grounds raised: _____

_____

(6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

      Yes ☐     No ☐

(7)  Result: _____

(8)  Date of result (if you know): _____

(b)  If you filed any second motion, petition, or application, give the same information:

    (1)  Name of court: _____

    (2)  Docket of case number (if you know): _____

    (3)  Date of filing (if you know): _____

    (4)  Nature of the proceeding: _____

    (5)  Grounds raised:

(6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

      Yes ☐     No ☐

(7)  Result: _____

(8)  Date of result (if you know): _____

(c)  Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1)  First petition:     Yes ☐    No ☐

    (2)  Second petition:   Yes ☐    No ☐

(d)  If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12.  For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.

**GROUND ONE:**    Ineffective Assistance of Pretrial Counsel

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

Pretrial Counsel Failed to:
(1) Communicate with Porter and inform him of the relevant circumstances and likely consequences of pleading guilty as opposed to proceeding to trial;
(2) Conduct an adequate and independent pretrial investigation; and
(3) Attempt to negotiate a favorable Plea Agreement deprived Porter of effective assistance of pretrial counsel under the Sixth Amendment of the Constitution of the United States.


A Memorandum of Law in Support will be forthcoming.


(b)  **Direct Appeal of Ground One:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐       No ☑

(2)   If you did not raise this issue in your direct appeal, explain why:

Claims of ineffective assistance of counsel are not generally raised on direct appeal.


(c)  **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐       No ☑

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):


(3)   Did you receive a hearing on your motion, petition, or application?
Yes ☐       No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?
Yes ☐       No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐       No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

**GROUND TWO:**        Ineffective Assistance of Sentencing Counsel
_____

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

Sentencing Counsel Failed to:
(1) Properly discuss and explain the PSR to Porter prior to the sentencing hearing; and
(2) File substantive objections to the PSR deprived Porter of effective assistance of sentencing counsel under the Sixth Amendment, a fair and just sentence.

A Memorandum of Law in Support will be forthcoming.

(b) **Direct Appeal of Ground Two:**

    (1)  If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐     No ☑

    (2)  If you did not raise this issue in your direct appeal, explain why:

    Claims of ineffective assistance of counsel are not generally raised on direct appeal.

(c) **Post-Conviction Proceedings:**

    (1)  Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐     No ☑

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3)   Did you receive a hearing on your motion, petition, or application?

      Yes ☐   No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?

      Yes ☐   No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

      Yes ☐   No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND THREE:**   N/A
_____

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐     No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐     No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐     No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐     No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐     No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:**   N/A

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

(b)  **Direct Appeal of Ground Four:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐      No ☐

(2)  If you did not raise this issue in your direct appeal, explain why:

(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐      No ☐

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(3)  Did you receive a hearing on your motion, petition, or application?

    Yes ☐   No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

    Yes ☐   No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

    Yes ☐   No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

13.  Is there any ground in this motion that you have <u>not</u> previously presented in some federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

N/A

14.  Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?    Yes ☐   No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

N/A

15.  Give the name and address, if known, of each attorney who represented you in the following stages of the
     you are challenging:

(a)  At the preliminary hearing:
A. Philip Lomonaco, Law Offices of A. Philip Lomonaco, 800 S. Gay Street, Suite 1950, Knoxville, TN 37929

(b)  At the arraignment and plea:
A. Philip Lomonaco, Law Offices of A. Philip Lomonaco, 800 S. Gay Street, Suite 1950, Knoxville, TN 37929

(c)  At the trial:
N/A

(d)  At sentencing:
A. Philip Lomonaco, Law Offices of A. Philip Lomonaco, 800 S. Gay Street, Suite 1950, Knoxville, TN 37929

(e)  On appeal:
N/A

(f)  In any post-conviction proceeding:
N/A

(g)  On appeal from any ruling against you in a post-conviction proceeding:

N/A

16.  Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court
     and at the same time?          Yes ☐          No ☑

17.  Do you have any future sentence to serve after you complete the sentence for the judgment that you are
     challenging?          Yes ☐          No ☑

(a)  If so, give name and location of court that imposed the other sentence you will serve in the future:

N/A

(b)  Give the date the other sentence was imposed: _____

(c)  Give the length of the other sentence:  N/A

(d)  Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or
sentence to be served in the future?          Yes ☐          No ☑

18.  TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain
     why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

N/A

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

(1)   the date on which the judgment of conviction became final;

(2)   the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4)   the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, Porter respectfully requests that the Court grant the following relief:

Vacate his conviction and sentence to start anew; alternatively, grant an Evidentiary hearing to further prove his grounds set forth above, resolve facts in dispute, expand an incomplete record or any other relief to which this Court deems that he may be entitled.

Respectfully submitted,

DEJUAN MAURICE PORTER
REG. NO. 54483-074
FMC LEXINGTON
FEDERAL MEDICAL CENTER
P.O. BOX 14500
LEXINGTON, KY 40512
Appearing *Pro Se*

## DECLARATION OF DEJUAN MAURICE PORTER

I, Dejuan Maurice Porter, declarant herein, declare and attest to the facts in the above and foregoing Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody to be true and correct to the best of my knowledge under the penalty of perjury pursuant to 28 U.S.C. § 1746. I placed this § 2255 Motion in the prison mailbox on the date below invoking the prison mailbox rule. See *Houston v. Lack*, 487 U.S. 266, 270 (1988).

Dated: August 22, 2022

DEJUAN MAURICE PORTER

DEJUAN MAURICE PORTER
REG. NO. 54483-074
FMC LEXINGTON
FEDERAL MEDICAL CENTER
P.O. BOX 14500
LEXINGTON, KY 40512

August 22, 2022

Ms. LeAnna R. Wilson
Clerk of Court
U. S. District Court
Eastern District of Tennessee
Knoxville Division
800 Market Street, Suite 130
Knoxville, TN 37902

RE:   *Porter v. United States*
      Civil No. 3:22-cv-_____
      Crim No. 3:19-cr-00150-TAV-DCP-2

Dear Ms. Wilson:

Enclosed please find and accept for filing Movant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody and a Memorandum of Law in Support will be forthcoming. Please submit this document to the Court.

Thank you for your assistance in this matter.

Sincerely,

DEJUAN MAURICE PORTER
Appearing *Pro Se*

*Encl. as noted*

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

# UNITED STATES POSTAL SERVICE ®

# PRIORITY® MAIL

HOU[...]
7707D_22_22
AUG 2022
AMOUNT
**$8.95**
R2303S101806-03

1004
37902

TO:
DEJUAN MAURICE PORTER
REG. NO. 54483-074
FMC LEXINGTON
FEDERAL MEDICAL CENTER
P.O. BOX 14500
LEXINGTON, KY 40512

Ms. LeAnna R. Wilson
Clerk of Court
U. S. District Court
Eastern District of Tennessee
Knoxville Division
800 Market Street, Suite 130
Knoxville, TN 37902

d delivery date specified for domestic use.

mestic shipments include up to $50 of insurance (restrictions apply).*

ckng® included for domestic and many international destinations.

national insurance.**

ed internationally, a customs declaration form is required.

oes not cover certain items. For details regarding claims exclusions see the ail Manual at http://pe.usps.com.

ional Mail Manual at http://pe.usps.com for availability and limitations of coverage.

# RATE ENVELOPE
E ANY WEIGHT

CKED ■ INSURED

EP14F May 2020
OD: 12 1/2 x 9 1/2

EXPECTED DELIVERY DAY: 08/25/22

USPS TRACKING® #

9505 5104 4803 2234 4551 75

To schedule free P[...]